**Larry Zerner** (Cal Bar. No. 155473) (Lead Counsel)
Larry@Zernerlaw.com
Law Office of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
Telephone: 310-773-3623

**Alan Lloyd Kessler**, OSB # 150209
AK@AlanKessler.law
Law Office of Alan L Kessler
1001 SE Sandy Blvd Ste 210
Portland OR, 97214
Telephone: 503-860-1020

Attorneys for Plaintiffs Grace Morgan and Morgan Lewis

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GRACE MORGAN, MELISSA LEWIS, | ) CASE NO.: 3:21-CV-01794-AC )  ) |
| Plaintiffs, | ) NOTICE OF DISMISSAL ) PURSUANT TO FEDERAL RULES |
| VS. | ) OF CIVIL PROCEDURE 41(A) )  ) |
| ANDY NGO, | )  ) |
| Defendant | )  ) |

Notice of Dismissal
1

PLEASE TAKE NOTICE THAT this action is dismissed by the Plaintiffs in its entirety, without prejudice.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

DATED: December 20, 2021

Respectfully Submitted,

/s/ *Larry Zerner*

Larry Zerner (Cal Bar No. 155473)
Larry@Zernerlaw.com
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
Phone: 310-773-3623